HECTOR J. CARBAJAL II
Nevada Bar No. 6247
CARBAJAL LAW
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 846-0040
Facsimile: (702) 846-1329
E-mail: hector@claw.vegas
*Attorney for Defendants*

## UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| RESOLUTE INTERNATIONAL SERVICES INC., a Nevada corporation;<br><br>Plaintiff,<br><br>v.<br><br>NATALLIA BAZGADZE, an individual; H TANDEM, LLC, a North Carolina limited liability company; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive;<br><br>Defendants. | Case No.: 2:23-cv-00984-GMN-EJY |

**<u>STIPULATION AND ORDER TO RESCHEDULE SETTLEMENT CONFERENCE</u>**

Plaintiff Resolute International Services Inc. and Defendants Natallia Bazgadze and H Tandem LLC (collectively, the "Parties") hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel, that the Settlement Conference currently scheduled for May 13, 2025 [ECF No. 30] be rescheduled to June 16, 2025, or the earliest available date thereafter that is convenient for the Court, the Parties, and their counsel.

This Stipulation is submitted in good faith and not for purposes of undue delay. Counsel for Defendants was recently provided a firm trial setting in another matter from May 12-14, 2025, necessitating the requested rescheduling.

. . .

. . .

1

| DATED this 26th day of February, 2025. | DATED this 26th day of February, 2025. |
|---|---|
| CARBAJAL LAW | TAKOS LAW GROUP, LTD. |
| /s/ Hector J. Carbajal II<br>Hector J. Carbajal II, Esq.<br>Nevada Bar No. 6247<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>*Counsel for Defendant* | /s/ Steven R. Hart<br>Zachary P. Takos, Esq.<br>Nevada Bar No. 11293<br>Steven R. Hart, Esq.<br>Nevada Bar No. 15418<br>10785 W. Twain Avenue, Suite 224<br>Las Vegas, Nevada 89135<br>*Counsel for Plaintiff* |

## ORDER

**IT IS HEREBY ORDERED that the Stipulation to Reschedule Settlement Conference (ECF No. 33) is GRANTED.**

**IT IS FURTHER ORDERED that the settlement conference set for May 13, 2025 is vacated and reschedule for June 10, 2025. The parties must report to the chambers of the undersigned Magistrate Judge at 9:00 a.m.**

**IT IS FURTHER ORDERED that the confidential settlement briefs are due in chambers by 3:00 p.m. on June 3, 2025. Delivery must be made electronically to Emily_Santiago@nvd.uscourts.gov. Except as stated herein, the prior terms of the January 21, 2025 Order (ECF No. 27) remain in full force and effect.**

_____
**U.S. MAGISTRATE JUDGE**

**Date: February 26, 2025.**