Zachary P. Takos, Esq., Nevada Bar No. 11293
Steven R. Hart, Esq., Nevada Bar No. 15418
**TAKOS LAW GROUP, LTD.**
10785 West Twain Avenue, Suite 224
Las Vegas, Nevada 89135
Telephone: 702.658.1900
Facsimile: 702.924.4422
Email:  zach@takoslaw.com
            steven@takoslaw.com

*Counsel for Resolute International Services Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RESOLUTE INTERNATIONAL SERVICES INC., a Nevada corporation;<br><br>Plaintiff,<br><br>v.<br><br>NATALLIA BAZGADZE, an individual; H TANDEM LLC, a North Carolina limited liability company; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive;<br><br>Defendants. | Civil Case No. 2:23-cv-00984<br><br>**JOINT STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Resolute International Services Inc. ("Resolute") and Defendants Natallia Bazgadze ("Ms. Bazgadze") and H Tandem LLC ("H Tandem") (collectively, the "Parties"), that the above-captioned action and all claims and defenses asserted therein are dismissed with prejudice, with each of the Parties bearing their own attorneys' fees, costs, and expenses, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and pursuant

\\\
\\\
\\\
\\\
\\\

1

to the Parties' confidential settlement agreement dated June 20, 2025, and incorporated by reference. The Parties also file this Stipulation in accordance with the Court's June 10, 2025 Minutes of Proceedings (ECF No. 39).

Jointly and respectfully submitted on this 23rd day of July, 2025.

| Takos Law Group, Ltd. | CARBAJAL LAW |
|---|---|
| */s/ Zachary P. Takos* | */s/ Hector Carbajal* |
| Zachary P. Takos, Esq., Nevada Bar No. 11293 | Hector Carbajal, Esq., Nevada Bar No. |
| Steven R. Hart, Esq., Nevada Bar No. 15418 | Carbajal Law |
| 10785 W. Twain Avenue, Suite 224 | 10001 W Park Run Drive |
| Las Vegas, Nevada 89135 | Las Vegas, Nevada 89145 |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

IT IS SO ORDERED.

_____
Gloria M. Navarro
United States District Judge

2